UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFICPRO LOGISTICS LLC,<br><br>                    Plaintiff,<br><br>  v.<br><br>RTI TRANS INC.,<br><br>                    Defendant. | Case No. 1:25-cv-01337-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>(ECF No. 12) |

On January 30, 2026, Plaintiff filed a notice voluntarily dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 12). Therefore, this action has been dismissed with prejudice. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:    **February 2, 2026**                    /s/ *Erica P. Grosjean*
                                                        UNITED STATES MAGISTRATE JUDGE

1